# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL HALL, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.: **3:10-cv-00633-JPG -PMF** |
| THOMAS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This matter has been referred to United States Magistrate Judge Philip M. Frazier from United States District Judge J. Phil Gilbert pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and SDIL-LR 72.1(a) for a Report and Recommendation.

Before the Court is Plaintiff Michael Hall's motion to dismiss (Doc. 23), wherein Hall prays for the dismissal of Gladyse C. Taylor as a Defendant. Gladyse C. Taylor is not a Defendant in this case. The Court cannot grant the requested relief. Therefore, it is **RECOMMENDED** that Hall's motion to dismiss (Doc. 23) be **DENIED**.

**SO RECOMMENDED.**

**DATED: May 25, 2011.**

*/s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE