UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MICHAEL HALL,

    Plaintiff,

v.

MR. THOMAS, *Internal Affairs*, et al.,

    Defendants.

Case No. 10-cv-633-JPG-PMF

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendation ("R & R") (Doc. 27) of May 25, 2011, wherein it is recommended that the Court deny Plaintiff Michael Hall's Motion to Voluntarily Dismiss (Doc. 23). Neither Hall nor Defendants filed an objection to the R & R.

After reviewing a report and recommendation, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, again, none of the parties have filed an objection to the R & R. The Court has reviewed the R & R for clear error and finds that it is not clearly erroneous. As such, the

Court **ADOPTS** the R & R (Doc. 27) in its entirety, whereby the Court **DENIES** Hall's Motion to Voluntarily Dismiss (Doc. 23).

**IT IS SO ORDERED**
**DATED: June 29, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
