IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL HALL,

    Plaintiff,

v.

MR. THOMAS, *et al.,*

    Defendants.

Case No. 3:10-cv-00633-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Thomas, Pickler, Reynolds, and Best, and against plaintiff Michael Hall on all claims. The case is **DISMISSED with prejudice**.

**DATED: May 22, 2012**

                                                NANCY ROSENSTENGEL, CLERK

**Approved by:**                                                      S/Deborah Agans, Deputy Clerk

s./ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**