IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL HALL,

    Plaintiff,

vs.

MR. THOMAS, *et al.*,

    Defendants.

Case No. 10-cv-633-JPG

## ORDER

This matter comes before the Court on plaintiff's motion (Doc. 73) which seems to seek clarification of the Circuit Rule 10 Letter's (Doc. 65) reference to transcripts. Since plaintiff filed this motion, his appeal was dismissed for failure to pay the required docketing fee. Accordingly, the Court **DENIES** plaintiff's motion (Doc. 73) as moot.

**IT IS SO ORDERED.**

**DATED:** February 19, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**